# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **JAHNISHA GORDON,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>            Defendants. | Case No. 1:23-cv-03284-BAH |
| **BRITTNEY SMITH,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>            Defendants. | Case No. 1:23-cv-03288-BAH |
| **LASHAWN MCDANIEL,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>            Defendants. | Case No. 1:23-cv-03295-BAH |
| **MICHELLE SMITH,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>            Defendants. | Case No. 1:23-cv-03297-BAH |
| **SOLIMAR GARCIA,** individually and on behalf | Case No. 1:23-cv-03317-BAH |

| | |
|---|---|
| of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>      Defendants. | |
| **BRIDGET WHITE,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>      Defendants. | Case No. 1:23-cv-03320-BAH |
| **CHEALESA PARSHA** and **LYDIA JARRELL,** on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>**v.**<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>      Defendants. | Case No. 1:23-cv-03333-BAH |
| **JACK MEYERS,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>**v.**<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>      Defendants. | Case No. 1:23-cv-03342-BAH |
| **ALYSSA RIVERA,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>**v.**<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,** | Case No. 1:23-cv-03357-BAH |

| | |
|---|---|
| Defendants. | |
| **LINDA HOLLAND, WILLIAM HOLLAND, and CHEALSEA PARSHA,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>Defendants. | Case No. 1:23-cv-03416-BAH |
| **BRANDY SINNETT,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZEROED-IN TECHNOLOGIES, LLC, et al.,**<br><br>Defendants. | Case No. 1:23-cv-03468-BAH |

## ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS AND SET SCHEDULING DEADLINES

The above matters are eleven related proposed class actions and are now before the Court on Plaintiffs' Motion to Consolidate Actions and Set Scheduling Deadlines on the basis of common questions of fact and law. The related cases include: *Gordon v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03284-BAH, filed December 4, 2023; *B. Smith v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03288-BAH, filed December 5, 2023; *McDaniel et al. v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03295-BAH, filed December 5, 2023; *M. Smith v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03297-BAH, filed December 5, 2023; *Garcia v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03317-BAH, filed December 6, 2023; *White v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03320-BAH, filed December 6, 2023; *Parsha et al. v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03333-BAH, filed December 7, 2023; *Meyers v.*

*Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03342-BAH, filed December 8, 2023; *Rivera v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03357-BAH, filed December 11, 2023; *Holland et al. v. Zeroed-In Technologies, LLC*, No. 1:23-cv-03416-BAH, filed December 18, 2023; and *Sinnett v. Zeroed-In Technologies, LLC*, No. 1:23-cv-03468-BAH, filed December 21, 2023 (collectively, the "Related Actions"). By and through their counsel, Plaintiffs in the Related Actions respectfully move the Court to consolidate the above-captioned actions, as well as any subsequently filed or transferred related actions for all pretrial purposes, under Federal Rule of Civil Procedure 42(a).

For the reasons stated in the motion, to ensure consistent and efficient adjudications, for other good cause shown, the Court hereby **GRANTS** Plaintiffs' Motion to Consolidate Actions and Set Scheduling Deadlines, and issues the following orders:

1. The Related Actions currently pending in this District, and any other action arising out of the same operative facts now pending or hereafter filed in this District, shall be consolidated for pre-trial purposes, excluding trial, under Federal Rule of Civil Procedure 42(a) into Case No. 1:23-cv-03284 (hereinafter the "Consolidated Action").

2. All future filings related to the Related Actions and/or the Consolidated Action shall be filed under Case No. 1:23-cv-03284-BAH, the number assigned to the first-filed case.

3. If a document pertains only to one or some of the Related Actions, the caption shall include the case numbers of the Related Actions to which the document pertains, and the document shall be docketed in the Consolidated Action, Case No. 1:23-cv-03284-BAH, and spread to the related actions.

4. For any action subsequently filed in, removed to, or transferred to this District that arises out of the same or similar operative facts as the Consolidated Action, the parties shall file a Notice of Related Action.

5. Any action subsequently <u>filed</u> in this District Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes.

6. For any action subsequently <u>removed</u> to or <u>transferred</u> to this District that arises out of the same or similar operative facts as the Consolidated Action, any party who opposes consolidation with the Consolidated Action shall file an objection within seven (7) days from the date the Notice of Related Action is filed.

7. The Clerk shall file a copy of this Order in all of the Related Actions, including:

   a. *Gordon v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03284-BAH;

   b. *B. Smith v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03288-BAH;

   c. *McDaniel et al. v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03295-BAH;

   d. *M. Smith v. Zeroed- In Technologies, LLC, et al.*, No. 1:23-cv-03297-BAH;

   e. *Garcia v. Zeroed- In Technologies, LLC, et al.*, No. 1:23-cv-03317-BAH;

   f. *White v. Zeroed- In Technologies, LLC, et al.*, No. 1:23-cv-03320-BAH;

   g. *Parsha et al. v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03333-BAH;

   h. *Meyers v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03342-BAH;

   i. *Rivera v. Zeroed-In Technologies, LLC, et al.*, No. 1:23-cv-03357-BAH;

   j. *Holland et al. v. Zeroed-In Technologies, LLC*, No. 1:23-cv-03416-BAH; and

   k. *Sinnett v. Zeroed-In Technologies, LLC*, No. 1:23-cv-03468-BAH.

8. The following schedule is established for efficiently proceeding:

   a. All applications for appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) shall be filed within seven (7) days of the date of this order. A hearing

      on any competing applications for interim class counsel under Fed. R. Civ. P. 23(g)(3) may, if needed, be conducted after the applications are filed and shall be scheduled at the Court's convenience.[1]

   b. Plaintiffs' consolidated class action complaint shall be filed within thirty (30) days after appointment of interim class counsel and must encompass all claims in the Related Actions; and

   c. Defendants shall file any response to the consolidated class action complaint within 60 days of the filing of the consolidated class action complaint, Plaintiffs shall have 30 days to file a response to any motion filed by Defendants, and Defendants shall have 30 days to file their reply(ies) in support of any motion(s) filed in response to the consolidated class action complaint.

**IT IS SO ORDERED.**

DATED: January 19, 2024

*/s/ Brendan Hurson*

Brendan Abell Hurson
United States District Judge

---

[1] Plaintiffs note that there exists virtually identical litigation in at least two other jurisdictions. *See* ECF 14, at 7 ns. 3 & 4. The Court notes that the cases filed in the Middle District of Florida have already been consolidated and an Executive Committee has been named to represent the interests of the putative class. *See Stanley v. Zeroed-In Technologies, LLC, et al.*, No. 23-cv-01131-JES-KCD (M.D. Fla.), ECF 29. Any motion for appointment of interim class counsel must address the Florida litigation and its impact on the consolidated cases here.